OPINION — AG — ** DUAL OFFICE HOLDING — HOUSING AUTHORITY — COUNTY COMMISSIONERS ** A PERSON MAY 'NOT' LEGALLY SERVE AS A MEMBER OF A HOUSING AUTHORITY AND AS A MEMBER OF THE BOARD OF COUNTY COMMISSIONERS AT THE SAME TIME. WHEN A COMMISSIONER OF A HOUSING AUTHORITY IS ELECTED TO A BOARD OF COUNTY COMMISSIONERS, HE AUTOMATICALLY VACATES HIS PREVIOUS OFFICE AS A MEMBER OF THE HOUSING AUTHORITY. (DUAL OFFICE, COUNTY OFFICER) CITE: 51 O.S. 6 [51-6], 63 O.S. 1058 [63-1058], 19 O.S. 321 [19-321] (ROBERT H. MITCHELL) ** SEE OPINION NO. 90-661 (1990) ** SEE: OPINION NO. 73-114 (1973) ** ** SEE: OPINION NO. 73-189 (1973) ** ** SEE: OPINION NO. 73-199 (1973) ** ** SEE: OPINION NO. 74-153 (1974) ** ** SEE: OPINION NO. 75-196 (1975) ** ** SEE: OPINION NO. 75-171 (1975) **